IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKHIEL LEINWEBER,

    Petitioner,                  No. CIV S-07-1778 WBS EFB P

    vs.

TILTON, et al.,

    Respondents.              ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges a conviction in the Stanislaus County Superior Court. This action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1

1          3.  The new case number is _____.  All future filings shall

2    bear the new case number and shall be filed at:

3                United States District Court
             Eastern District of California
4                2500 Tulare Street
             Fresno, CA 93721
5

6    DATED:  September 28, 2007.

7                                                    /s/ Edmund F. Brennan
                                             _____
8                                            EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE